# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **STEVEN KIRMES,** *on behalf of himself and others similarly situated* | : : : : |
| Plaintiff, | : : |
| v. | C.A. No. 1:22-cv-01412-CFC : : |
| **DAMARA MANAGEMENT CORPORATION** | : : : : |
| Defendant. | : |

## STIPULATION OF DISMISSAL WITH PREJUDICE AND (PROPOSED) ORDER

Now come the parties to the above-captioned action, through their undersigned counsel, hereby stipulate and agree, subject to this Court's approval, that all claims in the above-captioned action are dismissed <u>with prejudice</u>, with all attorneys' fees, costs of court and expenses to be borne by each party incurring the same.

*{Signatures on Next Page}*

LEGAL/156247133.v1

| | |
|---|---|
| FERRY JOSEPH, P.A. | MARSHALL DENNEHEY, P.C. |
| /s/ Brian J. Ferry | /s/ Keri L. Morris-Johnston |
| Brian J. Ferry, Esquire (#5748)<br>1521 Concord Pike, Suite 202<br>Wilmington, DE 19803<br>(302) 575-1555<br>Bferry@ferryjoseph.com | Keri L. Morris-Johnston (#4656)<br>1007 North Orange Street, 6th Floor<br>P.O. Box 8888<br>Wilmington, DE 19899 – 8888<br>(302) 552-4372<br>klmorris@MDWCG.com<br>*Counsel for Defendant Damara Management Corporation* |

SIMON LAW CO.

/s/ James L. Simon

James L. Simon
*admitted pro hac vice*
5000 Rockside Road
Liberty Plaza – Suite 520
Independence, OH 44131
(216) 525-8890
james@simonsayspay.com

*Counsel for Plaintiff and the Putative Collective*


Dated:  September 19, 2023



      SO ORDERED, this _____ day of _____, 2023.


_____
The Honorable Colm F. Connolly
United States District Court Judge